No. 941. DOMBROWSKI ET AL. *v.* PFISTER, CHAIRMAN, JOINT LEGISLATIVE COMMITTEE ON UN-AMERICAN ACTIVITIES OF THE LOUISIANA LEGISLATURE, ET AL. Appeal from the United States District Court for the Eastern District of Louisiana. The motion of the National Lawyers Guild for leave to file a brief, as *amicus curiae,* is granted. The motion of the American Civil Liberties Union et al. for leave to file a brief, as *amici curiae,* is granted. Probable jurisdiction noted. MR. JUSTICE BLACK took no part in the consideration or decision of this case. *Arthur Kinoy, William M. Kunstler, Michael J. Kunstler, A. P. Tureaud* and *Leon Hubert* for appellants. *Jack N. Rogers* and *Robert H. Reiter* for the Joint Legislative Committee on Un-American Activities. *Ernest Goodman* and *David Rein* for National Lawyers Guild, as *amicus curiae,* in support of appellants. *Louis Lusky* and *Melvin L. Wulf* for American Civil Liberties Union et al., as *amici curiae,* in support of appellants. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *M. E. Culligan* and *John E. Jackson, Jr.,* Assistant Attorneys General, filed an objection and opposition to the motion of National Lawyers Guild.

No. 1045. GOLDFARB *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Albert A. Goldfarb,* petitioner *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.